# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** David Carmichael, et al.,

**v.**

Antony J. Blinken, et al.,

**Case No:** 23-5111

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Antony J. Blinken

United States of America

### Counsel Information

Lead Counsel: David J. Byerley

Direct Phone: (202) 532-4523   Fax: (___) ___-____   Email: david.byerley@usdoj.gov

2nd Counsel:

Direct Phone: (___) ___-____   Fax: (___) ___-____   Email:

3rd Counsel:

Direct Phone: (___) ___-____   Fax: (___) ___-____   Email:

Firm Name: U.S. Dept. of Justice, Civil Div., Office of Immigration Litigation - District Court Section

Firm Address: Benjamin Franklin Station, P.O. Box 868, Washington D.C. 20044

Firm Phone: (___) ___-____   Fax: (___) ___-____   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)