# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 23-5111** | **September Term, 2022** |
| | **1:19-cv-02316-RC** |
| | **Filed On: June 29, 2023** [2005761] |

David Alan Carmichael and Lawrence Donald Lewis,
      Appellants

William Pakosz,
      Appellee

    v.

Antony J. Blinken, in his official capacity as Secretary of State, of the United States of America and United States of America,
      Appellees

------------------------------

Consolidated with 23-5113

## O R D E R

Upon consideration of appellees' motion to hold appeals in abeyance, appellees' motion for extension of time to file response to appellant Carmichael's injunction motion dated June 16, 2023, and appellees' motion to extend the deadline for dispositive motions, it is

**ORDERED** that consideration of appellees' motion to hold appeals in abeyance be deferred pending further order of the court.  It is

**FURTHER ORDERED** that appellees' motion for extension of time to file response to appellant Carmichael's injunction motion be dismissed as moot.  The injunction motion has not been filed with the court.  It is

**FURTHER ORDERED** that appellees' motion to extend the deadline for dispositive motions be granted.  Dispositive motions, if any, are now due July 24, 2023.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                          BY:    /s/
                                      Louis Karl Fisher
                                      Deputy Clerk