# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 22-5143** | **September Term, 2022** |
| | 1:19-cv-02316-RC |
| | Filed On: July 7, 2023 [2006666] |

William Pakosz,

      Appellant

    v.

Antony J. Blinken, in his official capacity as Secretary of State, of the United States of America and United States of America,

      Appellees

Michelle Boulton and Rick Dale Hollingsworth,

      Appellants

## O R D E R

    Upon consideration of defendants-appellees' motion for extension of time to file a response to the motion to consolidate, it is

    **ORDERED** that the motion for extension of time be granted. The response is now due July 11, 2023.

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                                BY:    /s/
                                                 Catherine J. Lavender
                                                 Deputy Clerk