# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-5111** | **September Term, 2022** |
| | **1:19-cv-02316-RC** |
| | **Filed On: August 16, 2023** [2012816] |

David Alan Carmichael and Lawrence Donald Lewis,

        Appellants

William Pakosz,

        Appellee

   v.

Antony J. Blinken, in his official capacity as Secretary of State, of the United States of America and United States of America,

        Appellees

------------------------------

Consolidated with 23-5113

### O R D E R

On July 24, 2023, appellees filed a dispositive motion. Any response was due by August 7, 2023. To date, no response has been received from appellants. Upon consideration of the foregoing, it is

**ORDERED**, on the court's own motion, that appellants show cause by September 15, 2023, why the dispositive motion should not be considered and decided without a response. The response to the order to show cause may not exceed the length limitations established by Fed. R. App. P. 27(d)(2) (5,200 words if produced using a computer; 20 pages if handwritten or typewritten). Failure by appellants to respond to this order may result in dismissal of the case for failure to prosecute. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellants by certified mail, return receipt requested, and by first class mail.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                              BY:    /s/
                                          Laura M. Morgan
                                          Deputy Clerk