# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-5111**  **September Term, 2024**

1:19-cv-02316-RC

Filed On: September 18, 2024

David Alan Carmichael and Lawrence Donald Lewis,

    Appellants

William Pakosz,

    Appellee

    v.

Antony J. Blinken, in his official capacity as Secretary of State, of the United States of America and United States of America,

    Appellees

 

    **BEFORE:** Wilkins, Childs, and Pan, Circuit Judges

### O R D E R

Upon consideration of the petition for rehearing and the supplement thereto, and the motion to stay the mandate, it is

**ORDERED** that the petition for rehearing be denied. It is

**FURTHER ORDERED** that the motion to stay the mandate be denied. See D.C. Cir. Rule 41(a)(1).

### Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY: /s/
    Scott H. Atchue
    Deputy Clerk