# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-5111**  **September Term, 2024**

1:19-cv-02316-RC

**Filed On:** January 14, 2025

David Alan Carmichael and Lawrence Donald Lewis,

      Appellants

William Pakosz,

      Appellee

    v.

Antony J. Blinken, in his official capacity as Secretary of State, of the United States of America and United States of America,

      Appellees

**BEFORE:** Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing en banc, which the court construes as including a motion to recall the mandate, and the absence of a request by any member of the court for a vote on the petition, it is

**ORDERED** that the petition be denied. It is

**FURTHER ORDERED** that the motion to recall the mandate be denied. The court's inherent power to recall its mandate "can be exercised only in extraordinary circumstances." Calderon v. Thompson, 523 U.S. 538, 549-50 (1998). Appellants have shown no such circumstances in this case, as they have not provided "even a hint of a suggestion" that they might succeed on the merits of their appeal. See Thomas v. Holder, 750 F.3d 899, 904 (D.C. Cir. 2014) (internal quotation marks omitted).

# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5111**                                                **September Term, 2024**

The Clerk is directed to accept no further filings from appellants in this closed case.

**<u>Per Curiam</u>**

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

                    BY:    /s/
                                        Daniel J. Reidy
                                        Deputy Clerk