# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-5111**  September Term, 2022

1:19-cv-02316-RC

Filed On: May 17, 2023 [1999619]

David Alan Carmichael and Lawrence Donald Lewis,

       Appellants

William Pakosz,

       Appellee

    v.

Antony J. Blinken, in his official capacity as Secretary of State, of the United States of America and United States of America,

       Appellees

**O R D E R**

The notice of appeal was filed on May 15, 2023, and docketed in this court on May 17, 2023. It is, on the court's own motion,

    **ORDERED** that appellants submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | June 16, 2023 |
| Docketing Statement Form | June 16, 2023 |
| Entry of Appearance Form | June 16, 2023 |
| Procedural Motions, if any | June 16, 2023 |
| Statement of Intent to Utilize Deferred Joint Appendix | June 16, 2023 |
| Statement of Issues to be Raised | June 16, 2023 |
| Transcript Status Report | June 16, 2023 |
| Underlying Decision from Which Appeal or Petition Arises | June 16, 2023 |
| Dispositive Motions, if any | July 3, 2023 |

    A request for appointment of counsel does not relieve appellants of the obligation to file responses to any motion filed by appellees or to comply with any order issued by the court,

# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-5111**                  **September Term, 2022**

including a briefing schedule. Failure by appellants to respond to a dispositive motion or comply with any order of the court, including this order, may result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

It is

    **FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | June 16, 2023 |
| Entry of Appearance Form | June 16, 2023 |
| Procedural Motions, if any | June 16, 2023 |
| Dispositive Motions, if any | July 3, 2023 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    The Clerk is directed to send a copy of this order to appellants by certified mail, return receipt requested, and by first class mail.

                                     **FOR THE COURT:**
                                     Mark J. Langer, Clerk

                        BY:    /s/
                                   Tatiana A. Magruder
                                   Deputy Clerk

The following forms and notices are available on the Court's website:

Attachments for Pro Se Parties Only:
      Civil Docketing Statement Form
      Entry of Appearance Form
      Transcript Status Report Form
      Memorandum Concerning Self-Representation