# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-5111**　　　　　　　　　　　　　　　　**September Term, 2022**

**1:19-cv-02316-RC**

**Filed On: May 23, 2023** [2000452]

David Alan Carmichael and Lawrence Donald Lewis,

      Appellants

William Pakosz,

      Appellee

   v.

Antony J. Blinken, in his official capacity as Secretary of State, of the United States of America and United States of America,

      Appellees

------------------------------

Consolidated with 23-5113

### O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Appellant in case No. 23-5113 is directed to file the following document(s) by the indicated date(s):

    Docketing Statement Form　　　　　　　　　　　　　　　June 22, 2023

    Statement of Issues to be Raised　　　　　　　　　　　　June 22, 2023

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                       BY:　　/s/
                           Tatiana A. Magruder
                           Deputy Clerk

The following forms and notices are available on the Court's website:

Civil Docketing Statement Form