

MAY 22 2023

RECEIVED

No. 23-5111

United States Court of Appeals for the District of Columbia

David Alan Carmichael, Lawrence Donald Lewis

Plaintiffs-Appellants

William Pakosz,

Appellee

v.

Antony L. Blinken, in his official Capacity as Secretary of State, of the United States of America and the United States of America,

Appellees

(Subject to revision)

Appeal from the United States District Court for the District of Columbia
Case No 1:19-cv-02316-RC
The Honorable Rudolph Contreras

**Appellant David Alan Carmichael Civil Docketing Statement**

(Unrepresented)

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 23-5111
2. DATE DOCKETED: May 17, 2023
3. CASE NAME (lead parties only) Carmichael, et al. v. Pompeo, et al.
4. TYPE OF CASE: ☒ District Ct - ☐ US Civil ☐ Private Civil ☐ Criminal ☐ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court  ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ☐ Yes ☒ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.    Bankruptcy Court Docket No.    Tax Court Docket No.
      Civil Action 1:19-CV-02316    Bankruptcy                     Tax
      Criminal                      Adversary
      Miscellaneous                 Ancillary
   b. Review is sought of:
      ☒ Final Order  ☐ Interlocutory Order appealable as of right  ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Rudolf Contreras                    Magistrate Judge
   d. Date of order(s) appealed (use date docketed): Several    e. Date notice of appeal filed: 05/15/23
   f. Has any other notice of appeal been filed in this case? ☒ Yes ☐ No  If YES, date filed: 05/18/22
   g. Are any motions currently pending in trial court? ☐ Yes ☒ No  If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?  ☐ Yes ☒ No
      If NO, why not? District court failed to adjudicate
   i. Has this case been before the Court under another appeal number? ☒ Yes Appeal # 22-5143   ☐ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ☐ Yes ☒ No  If YES, give each case's court and case name, and docket number:

   k. Does this case turn on validity or correct interpretation or application of a statute?  ☒ Yes ☐ No
      If YES, give popular name and citation of statute 22USC2714a(f), 22USC2721, 42USC2000bb, etc.
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ☐ Yes ☒ No  If so, provide program name and participation dates

Signature *David Alan Carmichael*   Date May 19, 2023
Name of Party David Alan Carmichael
Name of Counsel for Appellant/Petitioner  TBD
Address  1748 Old Buckroe Road, Hampton, Virginia  23664
Phone ( 757 ) 320-2220    Fax ( 757 ) 850-2672

ATTACH A CERTIFICATE OF SERVICE
Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I, David Alan Carmichael, certify that I served to the U.S. Court of Appeals, U.S. Circuit Court, District of Columbia, in the case of *Carmichael et al., v. Blinken, et al.*, case no. 22-5111, my docketing statement. I served the court and parties at:

Clerk, United States Court of Appeals
333 Constitution Avenue, N.W.
Washington, DC 20001 (Priority Mail)

David James Byerley
U.S. Department of Justice
(DOJ) Civil Division, Office of Immigration Litigation
PO Box 868, Ben Franklin Station
Washington, DC 20044-0868 (Priority Mail)

United States Attorney
United States Attorney's Office
c/o Stephen DeGenaro
601 D. Street, N.W.
Washington, D.C. 20530 (Priority Mail)

William Mitchell Pakosz c/o Rick Hollingsworth
14930 Greenbrier Lane
Homer Glen, Illinois 60491 (Priority Mail)

Michelle Boulton
8491 Hospital Dr., #178
Douglasville, Georgia 30134-2412 (Electronically as agreed)

Lawrence Donald Lewis
966 Bourbon Lane
Nordman, Idaho 83848

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664 (Self)

I certify under the penalty of perjury under the laws of the United States of America, that the foregoing is true.

_____          May 19, 2023
David Alan Carmichael                    Date
1748 Old Buckroe Road
Hampton, Virginia 23664

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664



```
═══ UNITED STATES                              Retail
    POSTAL SERVICE.
┌─────┬──────────────────────────────────────┐
│     │     US POSTAGE PAID                  │
│  P  │                        Origin: 23663 │
│     │     $9.55              05/19/23      │
│     │                        5139810369-20 │
├─────┴──────────────────────────────────────┤
│         PRIORITY MAIL®                     │
│                              0 Lb 1.10 Oz  │
│                                  RDC 04    │
│   EXPECTED DELIVERY DAY:  05/22/23         │
│                                  [C003]    │
│   SHIP                                     │
│   TO:                                      │
│   [QR]  333 CONSTITUTION AVE NW            │
│         WASHINGTON DC 20001-2802           │
├────────────────────────────────────────────┤
│         USPS TRACKING® #                   │
│   ||||||||||||||||||||||||||||||           │
│       9505 5139 2032 3139 7071 56          │
└────────────────────────────────────────────┘
```

Clerk, United States Court of Appeals
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Priority